## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAHARO SACKO<br><br>v.<br><br>**UNIVERISTY OF PENNSYLVANIA, et al.** | CIVIL ACTION<br><br>NO.  14-831 |

### ORDER

**AND NOW**, this 5th day of June, 2014, for the reasons stated in the foregoing Memorandum, the Defendants' Motion to Dismiss (ECF No. 27) is **GRANTED** with prejudice as to Count II, and without prejudice as to Count I.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 14\14-831 sacko v. univ. penn\14cv831.order.mtd.doc