IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAHARO SACKO**<br><br>v.<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, et al.** | **CIVIL ACTION**<br><br>**NO. 14-831** |

## ORDER

And NOW, this 14th day of October 2014, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Plaintiff's Motion to Amend His Complaint Substituting John Doe, I With UPenn Police Officer Dominic DiLorenzo, a University of Pennsylvania Police Officer (ECF No. 35) is GRANTED. The Court will consider the complaint amended to substitute "John Doe I" with "Dominic DiLorenzo, a University of Pennsylvania Police Officer." These amendments will relate back to February 7, 2014, the date of original filing of Plaintiff's complaint.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 14\14-831 sacko v. univ. penn\14-831 - Order Amend Grant John Doe I.docx